NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: HAIXIA DENG, YONGBONG HAN, CHARAN MASARAPU, YOGESH KUMAR ANGUCHAMY, HERMAN A. LOPEZ, SUJEET KUMAR,**

*Appellants*

---

2022-1568

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 15/425,696.

---

**JUDGMENT**

---

PETER S. DARDI, Christensen Fonder Dardi & Herbert, PLLC, Maple Grove, MN, argued for appellants Haixia Deng, Yongbong Han, Charan Masarapu, Yogesh Kumar Anguchamy, Herman A. Lopez, Sujeet Kumar. Also represented by DONALD W. NILES, Niles Law Office, P.A., Wadena, MN.

DANIEL KAZHDAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Katherine K. Vidal. Also represented by THOMAS W. KRAUSE, AMY J. NELSON, BRIAN RACILLA, FARHEENA YASMEEN RASHEED.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, MAYER, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 7, 2023        /s/ Peter R. Marksteiner
   Date              Peter R. Marksteiner
                     Clerk of Court